# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| KORNEAL TOLLIVER, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-139 |
| | * | |
| v. | * | |
| | * | |
| LINDA GETER, et al., | * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. Plaintiff did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned to the Court as undeliverable, with the notations: "Return to Sender, Refused, Unable to Forward." Dkt. No. 10, p. 1.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint, as amended, for failure to follow this Court's Order and Local Rules, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of

AO 72A
(Rev. 8/82)

dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

    **SO ORDERED**, this __3__ day of __February__, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA